UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON RILEY,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID KNOWLES, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-0058 - LJO - JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE ACTION AS DUPLICATIVE |

Plaintiff Cameron Riley filed two documents entitled "Writ of Mandamus" on November 24, 2015. Upon review of the documents filed in Case No. 1:16-cv-0057 and Case No. 1:16-cv-0068, the Court finds the content of the documents are identical.[1] Because this action is a duplication of Case No. 1:16-cv-0057, this action shall be closed.

Accordingly, the Clerk of Court is DIRECTED to close this action as a duplicate.

IT IS SO ORDERED.

   Dated:   **January 21, 2016**                **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Although one document appears to have been highlighted by Plaintiff prior to filing, the text is the same.

1